Fred J. Brown, Appellee, v. Joseph Zaubawky, etc., et al. Marciona Zaubawky, Also Known as Marciona Zaubawczes, Appellant.

Gen. No. 42,605. 

Heard in the second division, first district, this court at the April term, 1943; opinion filed December 14, 1943; rehearing denied February 2, 1944. Joseph A. Ricker, for appellant; Z. H. Kadow, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.